MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

10011 TELEPHONE: 212-433-2554

**April 10, 2024**

Honorable Lorna G. Schofield
U.S. District Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

The initial pretrial conference scheduled for April 17, 2024, is **CANCELLED** pending consideration of Plaintiff's forthcoming motion for default judgment. Plaintiff shall file its default judgment papers by **April 30, 2024.**

Dated: April 11, 2024
New York, New York

_/s/ Lorna G. Schofield_
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Re: Alexander Gomez vs. Kedo LLC, et al.*
*Civil Action No.: 1:24-cv-01556-LGS*
*Motion to Adjourn Initial Case Conference In RE: DE#7*

Dear Honorable Magistrate Judge Schofield,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's Order [DE#7], the Parties are required to file a joint letter and case management Plan by April 10, 2022, in advance of the scheduled initial status conference set for April 17, 2024.

    To preface this request, the Defendants in this action were both served on March 5, 2024, one summons returned executed is filed on the docket, the other is forthcoming. To date, neither Defendant has appeared in this action, nor has either Defendant had any informal contact or communication with the Plaintiff at this time. Given these circumstances, the Plaintiff humbly requests that the Court grant a motion to adjourn the conference and the associated deadlines therewith, until which time the Defendants make an appearance to defend in this action.

    Furthermore, the Plaintiff intends to serve notice letters of impending Default Judgment upon the places of business for the Defendants in the coming days, and will move for Clerk Certificates of Default within the next week or two should there continue to be no formal notice of appearance or other correspondence.

    Thank you for your time in considering this request.

Most Respectfully,

/s/ Maria-Costanza Barducci

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only