UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER GOMEZ,
                              Plaintiff,

                   24 Civ. 1556 (LGS)
-against-

                   ORDER
KEDO LLC, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 10, 2024, required Plaintiff to file proof of service on Defendants of the Order and Plaintiff's default judgment papers by June 14, 2024. The Order also scheduled an Order to Show Cause hearing on July 10, 2024, at 4:10 P.M.

WHEREAS, Plaintiff has not filed proof of service. It is hereby

**ORDERED** that, by **June 20, 2024**, Plaintiff shall file proof of service.

Dated: June 17, 2024
      New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE