```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDER GOMEZ,

                              Plaintiff,                        24-cv-01556 (LGS) (KHP)

         -against-                                                     **ORDER**

KEDO LLC, et al.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 10, 2024, the Court instructed Plaintiff to file a motion for an inquest hearing to determine default damages (the "Order"). (ECF No. 30.) The Order further instructed Plaintiff to serve the motion on Defendants with a copy of the Order and to file proof of service on the docket. Plaintiff filed a motion for attorneys' fees on October 10, 2024, but has not filed proof of service. By **Friday, November 1, 2024,** Plaintiff shall file with the Court proof of service of the motion on Defendants.

      SO ORDERED.

DATED:     New York, New York
                 October 29, 2024

                                                         _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge