```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/01/2024
```

MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK
10011 TELEPHONE: 212-433-2554

November 1, 2024

Honorable Katharine H. Parker
U.S. Magistrate Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

**APPLICATION GRANTED:** The Inquest Hearing scheduled for Wednesday, November 6, 2024 at 11:30 a.m. is hereby adjourned sine die.

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

11/01/2024

*Re:*    Alexander Gomez vs. Kedo LLC et al              Civil
*Action No.:* 24-cv-01556-LGS-KHP
*Letter M*otion To Adjourn *The Court's Hearing* O*n Dagames*

Dear Honorable Magistrate Judge Parker,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's September 10, 2024 Order [DE#30], the Plaintiff and defaulted Defendants are required to appear for the damages inquiry conference scheduled for November 6, 2024.

Paramount, as an initial matter, the Plaintiff has amended his motion for Attorney fees t clarify and reiterate that, in pertinent part, the only damages sought in the Complaint [DE#1] were that of injunctive relief to remove and remediate the obstructions and violations that deprive Plaintiff and like situated persons under Title III of the ADA access to a public accommodation, and the attorney fees pursuant to 42 U.S.C. §12205.

Further, given the Defendants have still yet to make an appearance, and upon the grounds propounded in the aforementioned, the Plaintiff posits that a healing pn damages would not be in the best interest of judicial economy. However, if the Court still believes that this matter is best served by the damages inquiry, the Plaintiff is prepared to proceed with a hearing on fees.

For these reasons then, the Plaintiff respectfully requests an adjournment of the damages hearing, at the Court's sagacious discretion, and that the Court instead refer to the Amended Motion for Fees and Cost [DE#34].

Thank you for your time in considering this request.

Most Respectfully, BARDUCCI

LAW FIRM PLLC

*[signature]*

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only