UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    ALEXANDER GOMEZ,                                        :
                                                            :       24 Civ. 1556 (LGS)
                                      Plaintiff,            :
                                                            :              ORDER
                  -against-                                 :
                                                            :
    KEDO LLC, et al.,                                       :
                                                            :
                                      Defendants.           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by the Default Judgment Order dated August 26, 2024, Plaintiff was granted judgment on its Americans with Disabilities Act ("ADA") claim against Defendants. Plaintiff's request for damages was then referred to Magistrate Judge Katharine Parker for a post-default judgment inquest.

    WHEREAS, on July 28, 2025, Judge Parker issued a Report and Recommendation (the "Report") recommending that Plaintiff be awarded $5,677 in fees and costs.

    WHEREAS, the Report states that the parties "shall have fourteen (14) days (including weekends and holidays) from service of this Report and Recommendation to file any objections," and "[a] party may respond to another party's objections within fourteen days after being served."

    WHEREAS, no proof of service of the Report on Defendants has been filed. It is hereby

    **ORDERED** that, by **September 4, 2025**, Plaintiff shall file proof of service of the Report on Defendants.

Dated: August 27, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE