```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
ALEXANDER GOMEZ,                              :
                           Plaintiff,         :         24 Civ. 1556 (LGS)
                                              :
              -against-                       :         ORDER
                                              :
KEDO LLC, et al.,                             :
                           Defendants.        :
------------------------------------------------------ :
                                              X
```

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order filed on August 26, 2024, Plaintiff was granted a default judgment against Defendants on his claims under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 *et seq.*. Plaintiff's request for damages was then referred to Magistrate Judge Katharine Parker for a post-default judgment inquest.

    WHEREAS, on July 28, 2025, Judge Parker issued a Report and Recommendation (the "Report") recommending that Plaintiff be awarded $5,275.00 in attorney's fees and $402.00 in costs.

    WHEREAS, the Report states that the parties "have fourteen (14) days (including weekends and holidays) from service of this Report and Recommendation to file any objections," and a "party may respond to any objections within fourteen (14) days after being served." Pursuant to Federal Rule of Civil Procedure 6(d), those deadlines are extended for three days if service was effected by one of the means listed in Rule 5(b)(2)(C), (D) or (F), including by mail to a party's last known address.

    WHEREAS, Plaintiff's Affidavit of Service at Dkt. No. 40 confirms that Defendants were served by mail on September 1, 2025.

    WHEREAS, no objections to the Report were filed.

    WHEREAS, the Report's recommendation is based on the findings that Plaintiff is a

prevailing party under the ADA and is entitled to reasonable attorney's fees in the amount of $5,275.00 and legal costs in the amount of $402.00.

WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).  "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record."[1]  *Frankiewicz v. Manhattan Cryobank, Inc.*, No. 20 Civ. 5157, 2025 WL 1068825, at *1 (S.D.N.Y. Apr. 8, 2025).

WHEREAS, there is no clear error on the face of the record with respect to the Report's recommendations.  It is hereby

**ORDERED** that the award in the Report is ADOPTED in full for the reasons stated in the Report.  Plaintiff is awarded $5,275.00 in attorney's fees and $402.00 in costs, jointly and severally, against Defendants.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 31 and 34 and close the case.

Dated: September 19, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] Unless otherwise indicated, in quoting cases, all internal quotation marks, alterations, footnotes and citations are omitted.

2