**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALEXANDER GOMEZ,

                     Plaintiff,                     24 **CIVIL** 1556 (LGS)

      -against-                             **JUDGMENT**
                                               **For Attorney's Fees and Costs**

KEDO LLC, et al.,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 19, 2025, the award in the Report is ADOPTED in full for the reasons stated in the Report. Plaintiff is awarded $5,275.00 in attorney's fees and $402.00 in costs, jointly and severally, against Defendants; accordingly, the case is closed.

**Dated:** New York, New York
            September 22, 2025

                                                         **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                              **BY:**     K. Mango

                                                           **Deputy Clerk**